UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES A RASCO | CIVIL ACTION NO. 5:17-CV-01137 |
| VERSUS | JUDGE FOOTE |
| BOSSIER CASINO VENTURE INC, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

Because Plaintiff has failed to state a claim under federal law, **IT IS ORDERED** that this civil action is **remanded**, for lack of subject matter jurisdiction, to the 26th Judicial District Court, Bossier Parish, Louisiana, where it was pending as Suit No. 153,835-C.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_9th\_\_\_ day of April, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE